No. 6593. REYES v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 6629. WOOD v. GAFFNEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 6630. MITCHELL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 6651. GREEN v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 6732. JIMINEZ-LOPEZ ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6785. MAXWELL ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 6789. WAHLQUIST v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6797. EVANS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 6813. GONZALEZ-PARRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6815. BROCATO ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6821. FRIZER v. McMANN, CORRECTIONAL SUPER-INTENDENT. C. A. 2d Cir. Certiorari denied.